PHILLIP A. TALBERT
Acting United States Attorney
WILLY LE, TX BN 24046276
Acting Regional Chief Counsel, Region X
Social Security Administration
JUSTIN L. MARTIN, MO BN 62255
Special Assistant United States Attorney
    701 Fifth Avenue
    Suite 2900 M/S 221A
    Seattle, Washington 98104
    Telephone: (206) 615-3735
    Facsimile: (206) 615-2531
    E-Mail: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NOEMI TAMAYO,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-00805-SKO<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g); ORDER**<br><br>(Doc. 13) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence six.  During the administrative hearing, agency equipment malfunctioned and unintentionally captured sounds that are unrelated to the hearing. These technical issues

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

prevented the agency from obtaining a proper recording of the telephone hearing. On remand, the Appeals Council will remand the case to an administrative law judge for a de novo hearing and a new decision.

Dated:  October 20, 2021         */s/  Jonathan Omar Pena*\*
                                 JONATHAN OMAR PENA
                                 Attorney for Plaintiff
                                 *Authorized via e-mail on October 20, 2021

                                 PHILLIP A. TALBERT
                                 Acting United States Attorney
                                 WILLY LE
                                 Acting Regional Chief Counsel, Region X
                                 Social Security Administration

                         By:     /s/ *Justin L. Martin*
                                 JUSTIN L. MARTIN
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant

## ORDER

Based on the parties' above stipulation (Doc. 13), and for good cause shown,

IT IS HEREBY ORDERED that this action is REMANDED to the Commissioner of the Social Security Administration pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The Clerk of Court is DIRECTED to administratively close the case.  The Court retains jurisdiction over the matter, and either party may file a request to reopen the case once the administrative proceedings have been completed.

IT IS SO ORDERED.

Dated:  **October 21, 2021**                   */s/ Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE