# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEMI TAMAYO,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>  Defendant. | No. 1:21-cv-00805-ADA-SKO<br><br>ORDER ADOPTING PARTIES' STIPULATION TO REOPEN CASE AND TO ENTRY OF JUDGMENT<br><br>(ECF No. 15) |

Plaintiff Noemi Tamayo filed a Social Security disability complaint on May 18, 2021. (ECF No. 1.)  This case was remanded on October 21, 2021, pursuant to sentence six of 42 U.S.C. § 405(g), for further administrative proceedings.  (ECF No. 14.)  The Court retained jurisdiction pending the administrative proceedings.  (*Id*. at 2.)  On December 27, 2022, the parties filed a stipulated motion to Reopen Case and to Entry of Judgment in Plaintiff's favor.  (ECF No. 15.)

Based upon the parties' Stipulation to Reopen Case and to Entry of Judgment (ECF No. 15), and for good cause shown, IT IS ORDERED that the above-captioned action be REOPENED for the purpose of entering judgment.  (*See* ECF No. 14.)

///

///

1 | The Court further ADJUDGES and DECREES that the judgment be entered for Plaintiff under sentence four of 42 U.S.C. § 405(g). The Clerk of Court is DIRECTED to thereafter CLOSE the case.

IT IS SO ORDERED.

Dated:     January 30, 2023

_____
UNITED STATES DISTRICT JUDGE